W. F. THAYER v. ALBERT HONEYWELL.

CASE, *Followed.* The case of *Parks v. Honeywell*, just decided, followed.

*Error from Harper District Court.*

ACTION by *Thayer* against *Honeywell.*  From an order discharging a receiver, plaintiff brings error.

*Cook & Gossett,* for plaintiff in error.

*Sankey & Campbell,* for defendant in error.

*Per Curiam :* The same defect of parties exists in this case as in that of *Parks v. Honeywell*, just decided, and the petition in error must therefore be dismissed.